UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE FOR THE ESTATE OF RUTH W. HUGHES; BETTY HARGROVE; UNKNOWN HEIRS AND LEGATEES OF RUTH W. HUGHES; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, <br><br> Defendants. | Case No.: 15-cv-09393 <br><br><br><br><br> Judge: Robert M. Dow Jr. <br><br><br><br> Magistrate Judge: <br> Sidney Schenkier |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "A", Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
CALEB J. HALBERG
Attorney for the United States
223 W. Jackson Blvd., Suite 610
Chicago, IL 60606
(312) 263-0003
chalberg@potestivolaw.com